| ID | | Task Name | Duration | Start | Finish | Predecessor |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | **Critical Reviews** | 46 days | Thu 9/30/10 | Fri 12/3/10 | |
| 3 | 📅 | Processor & Power Board | 0 days | Fri 10/15/10 | Fri 10/15/10 | 21 |
| 4 | 📅 | Sensor Board | 0 days | Thu 9/30/10 | Thu 9/30/10 | 75 |
| 5 | 📅 | Beta Build Review | 0 days | Fri 12/3/10 | Fri 12/3/10 | 90 |
| 6 | | | | | | |
| 7 | | **Power Supply Test Board** | 18 days | Mon 8/23/10 | Wed 9/15/10 | |
| 8 | 📅 | Schematic (cut from Proc. Bd) | 5 days | Mon 8/23/10 | Fri 8/27/10 | |
| 9 | | PCB Layout | 5 days | Mon 8/30/10 | Fri 9/3/10 | 8 |
| 10 | | Procure & Assemble | 5 days | Mon 9/6/10 | Fri 9/10/10 | 9 |
| 11 | | Test & Debug | 3 days | Mon 9/13/10 | Wed 9/15/10 | 10 |
| 12 | | | | | | |
| 13 | | **Processor Board** | 95 days | Mon 6/7/10 | Fri 10/15/10 | |
| 14 | ✓ | DSP Subsystem Hardware Design | 9 wks | Mon 6/7/10 | Fri 8/6/10 | |
| 15 | ✓ | FPGA Subsystem Hardware Design | 9 wks | Mon 6/7/10 | Fri 8/6/10 | |
| 16 | | Processor Board Schematic - Finalize | 1 wk | Mon 8/9/10 | Mon 9/20/10 | 11 |
| 17 | | Proc. Bd. PCB Layout | 8 wks | Mon 7/19/10 | Fri 9/10/10 | |
| 18 | 📅 | Proc. Bd. Procure Parts | 44 days | Mon 7/12/10 | Thu 9/9/10 | |
| 19 | | Proc. Bd. Fab | 1 wk | Mon 9/13/10 | Fri 9/17/10 | 17,18 |
| 20 | | Proc. Bd. Assemble | 1 wk | Mon 9/20/10 | Fri 9/24/10 | 19 |
| 21 | | Proc. Bd. Debug | 3 wks | Mon 9/27/10 | Fri 10/15/10 | 20 |
| 22 | | | | | | |

Project: Mikron MCL320  Version 9
Date: Tue 8/31/10

Legend:
- Task
- Critical Task
- Progress
- Milestone
- Summary
- Rolled Up Task
- Rolled Up Critical Task
- Rolled Up Milestone
- Rolled Up Progress
- Split
- External Tasks
- Project Summary

Page 1

| ID | | Task Name | Duration | Start | Finish | Predecesso |
|---|---|---|---|---|---|---|
| 23 | | Software | 100 days | Mon 6/7/10 | Fri 10/22/10 | |
| 24 | | Image Pipeline Processing | 70 days | Mon 6/7/10 | Fri 9/10/10 | |
| 25 | ✓ | 1st Pipeline Diagram | 5 wks | Mon 6/7/10 | Fri 7/9/10 | |
| 26 | 📋 | Analysis & Benchmarking | 10 wks | Mon 7/5/10 | Fri 9/10/10 | |
| 27 | 📋 | Eval trade-offs & optimize | 5 wks | Mon 8/9/10 | Fri 9/10/10 | |
| 28 | | Microbolometer Software | 50 days | Mon 8/16/10 | Fri 10/22/10 | |
| 29 | | Drive Signals (FPGA) | 50 days | Mon 8/16/10 | Fri 10/22/10 | |
| 30 | 📋 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 31 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 30,20 |
| 32 | | On-Sensor NUC | 50 days | Mon 8/16/10 | Fri 10/22/10 | |
| 33 | | Calc NUC Coeffs | 50 days | Mon 8/16/10 | Fri 10/22/10 | |
| 34 | 📋 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 35 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 34,20 |
| 36 | | Real-time Sensor NUC'ing | 50 days | Mon 8/16/10 | Fri 10/22/10 | |
| 37 | 📋 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 38 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 37,20,74 |
| 39 | | Shutdown Procedure | 50 days | Mon 8/16/10 | Fri 10/22/10 | |
| 40 | 📋 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 41 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 40,20,74 |
| 42 | 📋 | ADS5560 Driver | 3 wks | Fri 9/24/10 | Thu 10/14/10 | 74 |
| 43 | | Bad Pixel Replacement | 50 days | Mon 8/16/10 | Fri 10/22/10 | |
| 44 | 📋 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |

Project: Mikron MCL320 Version 9
Date: Tue 8/31/10

Task / Critical Task / Progress / Milestone / Summary / Rolled Up Task / Rolled Up Critical Task / Rolled Up Milestone / Rolled Up Progress / Split / External Tasks / Project Summary

| ID | O | Task Name | Duration | Start | Finish | Predecesso |
|---|---|---|---|---|---|---|
| 45 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 44,20 |
| 46 | | **Pixel Correction** | **50 days** | **Mon 8/16/10** | **Fri 10/22/10** | |
| 47 | | **Correction Table Calc** | **50 days** | **Mon 8/16/10** | **Fri 10/22/10** | |
| 48 | 🗓 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 49 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 48,20 |
| 50 | | **Gain / Offset Real-time Correction** | **50 days** | **Mon 8/16/10** | **Fri 10/22/10** | |
| 51 | 🗓 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 52 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 51,20 |
| 53 | | **Frame Averaging** | **50 days** | **Mon 8/16/10** | **Fri 10/22/10** | |
| 54 | 🗓 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 55 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 54,20 |
| 56 | | **ROI Calculations** | **50 days** | **Mon 8/16/10** | **Fri 10/22/10** | |
| 57 | 🗓 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 58 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 57,20 |
| 59 | | **NTSC Color Pallet Conversion** | **50 days** | **Mon 8/16/10** | **Fri 10/22/10** | |
| 60 | 🗓 | Port Code from Mikron | 4 wks | Mon 8/16/10 | Fri 9/10/10 | |
| 61 | | Integrate, Develop, and Test | 4 wks | Mon 9/27/10 | Fri 10/22/10 | 60,20 |
| 62 | 🗓 | Overlays | 3 wks | Mon 9/6/10 | Fri 9/24/10 | |
| 63 | 🗓 | Gigalinx on Spartan-6 | 9 wks | Mon 7/5/10 | Fri 9/3/10 | |
| 64 | | GigE Vision LIB Integration | 9 wks | Mon 7/5/10 | Fri 9/3/10 | |
| 65 | | **Other** | **40 days** | **Mon 8/23/10** | **Fri 10/15/10** | |
| 66 | | BIST | 3 wks | Mon 9/27/10 | Fri 10/15/10 | 20 |

Project: Mikron MCL320 Version 9
Date: Tue 8/31/10

Legend: Task, Critical Task, Progress, Milestone, Summary, Rolled Up Task, Rolled Up Critical Task, Rolled Up Milestone, Rolled Up Progress, Split, External Tasks, Project Summary

| ID | | Task Name | Duration | Start | Finish | Predecesso |
|---|---|---|---|---|---|---|
| 67 | | Booting FPGA from DSP | 3 wks | Mon 9/27/10 | Fri 10/15/10 | 20 |
| 68 | | Windows GUI for Software Updates | 8 wks | Mon 8/23/10 | Fri 10/15/10 | |
| 69 | | | | | | |
| 70 | | **Sensor Board** | **39 days** | **Mon 8/9/10** | **Thu 9/30/10** | |
| 71 | | TEC Control H/W Design | 20 days | Mon 8/9/10 | Fri 9/3/10 | |
| 72 | | Schematic | 17 days | Mon 8/9/10 | Tue 8/31/10 | |
| 73 | | PCB Layout | 2 wks | Wed 9/1/10 | Tue 9/14/10 | 72 |
| 74 | | Procure & Assemble | 7 days | Wed 9/15/10 | Thu 9/23/10 | 73 |
| 75 | | Sensor Board Debug | 5 days | Fri 9/24/10 | Thu 9/30/10 | 74 |
| 76 | | | | | | |
| 77 | | Mechanics | 10 wks | Wed 8/4/10 | Tue 10/12/10 | |
| 78 | | | | | | |
| 79 | | **MCL320 System Engineering** | **65 days** | **Mon 7/12/10** | **Fri 10/8/10** | |
| 80 | | Connectors & Cabling | 13 wks | Mon 7/12/10 | Fri 10/8/10 | |
| 81 | | EMI / EMC Design | 44 days | Mon 8/2/10 | Thu 9/30/10 | |
| 82 | | | | | | |
| 83 | | **Manufacturing** | **80 days** | **Mon 8/16/10** | **Fri 12/3/10** | |
| 84 | 🗓 | BOM (new task) | 12 wks | Mon 8/16/10 | Fri 11/5/10 | |
| 85 | 🗓 | Production Planning | 10 wks | Mon 8/30/10 | Fri 11/5/10 | |
| 86 | | Engineereing Prototypes (D3) | 2 wks | Mon 10/25/10 | Fri 11/5/10 | 75,21,77,23 |
| 87 | | System Testing | 1 wk | Mon 11/8/10 | Fri 11/12/10 | 86 |
| 88 | | CE Testing | 1 wk | Mon 11/8/10 | Fri 11/12/10 | 86 |

Project: Mikron MCL320 Version 9
Date: Tue 8/31/10

Task / Critical Task / Progress / Milestone / Summary / Rolled Up Task / Rolled Up Critical Task / Rolled Up Milestone / Rolled Up Progress / Split / External Tasks / Project Summary

| ID | | Task Name | Duration | Start | Finish | Predecesso |
|---|---|---|---|---|---|---|
| 89 | | Documentation Released | 0 days | Fri 11/12/10 | Fri 11/12/10 | 87 |
| 90 | | Beta Build (Mikron) | 3 wks | Mon 11/15/10 | Fri 12/3/10 | 89,85,84 |

Project: Mikron MCL320 Version 9
Date: Tue 8/31/10

| | | | |
|---|---|---|---|
| Task | | Summary | |
| Critical Task | | Rolled Up Task | |
| Progress | | Rolled Up Critical Task | |
| Milestone | ◆ | Rolled Up Milestone | ◇ |
| Rolled Up Progress | | | |
| Split | | | |
| External Tasks | | | |
| Project Summary | | | |