UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

D3 ENGINEERING, PLLC,

                              Plaintiffs,

                                                      Case No.: 6:11-CV-06523

-vs-

LUMASENSE TECHNOLOGIES, INC. and
MIKRON INFRARED, INC.,

                                Defendants.

---

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2011, I electronically filed an Answer with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following attorney:

James A. Marino, Esq.
One South Washington Street, Suite 220
Rochester, New York 14614
jamarino@frontiernet.net

**PHILLIPS LYTLE LLP**

/s/ Richard T. Tucker, Esq.

---

Michael B. Powers, Esq.
Richard T. Tucker, Esq.
Attorneys for Defendants
1400 First Federal Plaza
Rochester, New York 14614
Telephone 585-238-2000
mpowers@phillipslytle.com
rtucker@phillipslytle.com

Doc # 02-258142.1