UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

D3 ENGINEERING, PLLC,

                              Plaintiff,

vs.

LUMASENSE TECHNOLOGIES, INC. and
MIKRON INFRARED, INC.,

                              Defendants.

**STIPULATION OF DISMISSAL**

Case No.: 6:11-cv-06523 (CJS)

---

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all the parties hereto, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that this action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated: Rochester, New York
         November 21, 2012

PHILLIPS LYTLE LLP

By _____
    Michael B. Powers, Esq.
    Richard T. Tucker, Esq.
Attorneys for Defendants
Lumasense Technologies, Inc.
and Mikron Infrared, Inc.
1400 First Federal Plaza
Rochester, New York  14614
Telephone No. (585) 238-2000
mpowers@phillipslytle.com
rtucker@phillipslytle.com

By _____
    James A. Marino, Esq.
Attorneys for Plaintiff
D3 Engineering PLLC
1 South Washington Street
Suite 220
Rochester, New York 14614
Telephone No. (585) 697-1825
jamarino@frontiernet.net

Doc # 02-300785.1